# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**FILED**

May 29, 2020

No. 19-10912
Conference Calendar

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

ADRIAN JIMENEZ-REYNOSO,

Defendant-Appellant

Appeals from the United States District Court
for the Northern District of Texas
USDC No. 3:18-CR-323-9

Before STEWART, DENNIS, and HO, Circuit Judges.

PER CURIAM:[*]

The attorney appointed to represent Adrian Jimenez-Reynoso has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Jimenez-Reynoso has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Jimenez-Reynoso's response. We concur with counsel's assessment that the

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 19-10912

appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.